UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA

v.  Crim. No. 5:12-MJ-1942-1

ADRIENNE R. NOYES

On February 12, 2013, the above named was placed on probation for a period of 12 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,  Respectfully submitted,

/s/ Robert K. Britt  /s/ Eddie J. Smith
Robert K. Britt  Eddie J. Smith
Senior U.S. Probation Officer  U.S. Probation Officer

**ORDER OF COURT**

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___3rd___ day of ___July___, 2013.

James E. Gates
United States Magistrate Judge